IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **JACORIE HOUSTON,**<br><br>Plaintiff,<br><br>-v-<br><br>**AMERICAN CREDIT ACCEPTANCE,**<br><br>Defendant. | **Civil Case Number: 4:18-cv-04209**<br><br>**STIPULATION OF DISMISSAL** |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant **AMERICAN CREDIT ACCEPTANCE** in the above-captioned matter, with prejudice. A proposed Order of Dismissal is annexed hereto as Exhibit A.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:   November 21, 2019

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiff*
*Jacorie Houston*

/s/  Reid S. Manley
Reid S. Manley, Esq.
BURR FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, AL 35203
Tel: (205) 458-5439
Email: rmanley@burr.com

*Attorneys for Defendant*
*American Credit Acceptance*