United States District Court
Southern District of Texas

**ENTERED**

November 25, 2019

David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

|  |  |
|---|---|
| JACORIE HOUSTON,<br><br>Plaintiff,<br><br>-v-<br><br>AMERICAN CREDIT ACCEPTANCE,<br><br>Defendant. | Civil Case Number: **4:18-cv-04209**<br><br>**ORDER OF DISMISSAL** |

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' November 21, 2019 Stipulation of Dismissal, all claims asserted against Defendant **AMERICAN CREDIT ACCEPTANCE** in Civil Action No. 4:18-cv-04209, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** ___22___ **day of** ___Nov___ **, 2019.**


_____
HONORABLE DAVID HITTNER
UNITED STATES DISTRICT JUDGE